UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

UNITED STATES OF AMERICA

vs.                                                    Case No. 2:21-mj-00026-CMM

SHANE MEEHAN,

          Defendant

## ORDER GRANTING JOINT MOTION
## TO EXTEND TIME TO FILE INDICTMENT

This matter is before the Court on the parties' Joint Motion to Extend Time to File

Indictment [Dkt. 37] ("Joint Motion").

Having reviewed the Joint Motion, the Court finds that a 60-day extension of time to

obtain an indictment or file an information in this matter is appropriate.  This extension of time is

warranted for the reasons set forth in the joint motion and is excludable pursuant to 18 U.S.C.

§3161(h).

In reaching this determination, the Court has considered these factors:  (a) whether the

failure to grant the continuance would result in a miscarriage of justice, (b) whether the case is so

unusual or complex that it is unreasonable to expect adequate preparation within the time limits

established in 18 U.S.C. §3161, and (c) whether the failure to grant the continuance would deny

counsel for the parties the reasonable time necessary for effective preparation.  Given the joint

nature of the motion, the Court credits counsel with a good faith representation of the current

circumstances of investigating a high-profile pending case.  Although an investigation has been

underway for more than four months, the Court recognizes that factors set forth in *United States*

*v. Miller,* 327 F.3d 598, 601 (7th Cir. 2003) exist in this case, and specifically identifies the following:  (a) the parties have worked diligently to investigate this matter, (b) the representation that the ongoing investigation may well influence both the nature of charges ultimately submitted by the Government to the grand jury for consideration and the concomitant potential impact on the maximum possible penalties that would attach to such charges, (c) the sensitivity and complexity of the investigation, and (d) the parties' representation that additional extensions of time beyond February 2, 2022, are not anticipated by either.

For these reasons, the Court finds that a period of delay is warranted.  The Court further finds that the ends of justice will be served by granting the 60-day extension of time and outweigh any interests of the public and the defendant in a speedy trial.

The Joint Motion is GRANTED.  The deadline for the Government to return an indictment or file an information is extended from December 4, 2021, to February 2, 2022.  It is further ordered that the period of delay from granting the Joint Motion shall be excluded from the Speedy Trial Act computation.

DATED:      November 24, 2021

_____
Craig M. McKee
United States Magistrate Judge

Distribution:
Counsel of Record